UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Charles F. Kendall, Jr.                              Case No. 11-33868-KRH

Debtor                                                Chapter 13

    6312 Willow Pond Drive

    Fredericksburg, VA 22407

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 4725

**ORDER APPROVING ATTORNEY COMPENSATION**

    The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $500.00 in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of
   a post confirmation modified plan filed with this Court on 02/13/2013. ($250.00)

2. The Attorney has provided services to the Debtor(s) in connection a motion for relief from the automatic stay filed with this Court on 09/25/2012. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on 10/19/2012. ($250.00)

    There being no objection filed to the application for compensation in this matter to date in the amount of $500.00 and that the Chapter 13 trustee, Robert E. Hyman, is authorized to pay an additional $500.00 to Roger C. Hurwitz from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                  UNITED STATES BANKRUPTCY COURT

                                  By_____
                                            Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Roger C. Hurwitz
Roger C. Hurwitz (VSB#51016)
Attorney for Debtor
The America Law Group, Inc.
d/b/a The Debt Law Group
Box 10
4036 Plank Road
Fredericksburg, VA 22407
804-921-1787
Fax: 540-412-1465

Seen and agreed

/s/ Robert E. Hyman
Robert E. Hyman

Certification

   I hereby certify that this Order has been endorsed by all necessary parties to this matter.

                                /s/ Roger C. Hurwitz
                                Roger C. Hurwitz

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780


Charles F. Kendall, Jr.
Debtor
6312 Willow Pond Drive
Fredericksburg, VA 22407